RECEIVED
APR 16 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT BRUCE #397176 | DOCKET NO. 11-CV-1541; SEC. P |
| VERSUS | JUDGE James Trimble, Jr. |
| SHERIFF BODIE LITTLE, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DENIED** and **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 16th day of April, 2012.

JAMES TRIMBLE, JR
UNITED STATES DISTRICT JUDGE