RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
1-2-15

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT BRUCE,<br>　　　　Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:11-CV-01541 |
| VERSUS | |
| BODIE LITTLE, et al.,<br>　　　　Defendants | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendant's motion to dismiss (Doc. 42) is GRANTED and Bruce's action against the "Winn Parish Sheriff's Office" is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 2nd day of January, 2015.

　　　　　　　　　　　　　　　　　　／s／ JAMES T. TRIMBLE, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE