RECEIVED
MAR 2 8 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT BRUCE, Plaintiff | CIVIL ACTION NO. 1:11-CV-1541; SECTION "P" |
| VERSUS | JUDGE TRIMBLE |
| BODIE LITTLE, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's claims against Walter Hampton be DENIED and DISMISSED with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 18th day of March, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE